Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
Matthew Summers (SBN 311324)
matthew.summers@kirkland.com
Leonora A. Cohen (SBN 319463)
lena.cohen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant*
*The Boeing Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEINTRAUB FINANCIAL SERVICES, INC. and SEBITNA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY<br><br>Defendant. | Case No. 2:20-cv-03484-FLA-GJS<br><br>Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B<br><br>**NOTICE OF THE PARTIES' JOINT *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON THE PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT BRIEFING** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, Defendant The Boeing Company ("Boeing") and Plaintiffs Weintraub Financial Services, Inc. and Sebitna, LLC ("Plaintiffs") hereby apply *ex parte* to this Court to shorten the time to hear their Joint Motion to Extend the Page Limit for the Motion for Summary Judgment Briefing by June 13, 2022 or as soon as practicable, subject to the Court's availability.

This Application is based on this Application; the attached Memorandum of Points and Authorities; the Declaration of Leonora Cohen; the pleadings and papers filed in this case; and such additional information or argument as may be presented at or before a hearing on the Application.

Because both parties to this action move *ex parte* jointly, there are no opposing or other parties to advise of the date and substance of this application, pursuant to Local Rule 7-19.1. Nevertheless, the names and contact information for counsel for both parties is as follows:

**Boeing's Counsel:**

Tammy A. Tsoumas
tammy.tsoumas@kirkland.com
Leonora A. Cohen
lena.cohen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA  90067
Telephone:  (310) 552-4200

**Plaintiffs' Counsel:**

Robert W. Finnerty
*rfinnerty@actslaw.com*
Joseph R. Finnerty
*jfinnerty@actslaw.com*
ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd, Suite 200
Encino, California 91436
Telephone: (424) 288-4367

1

NOTICE OF *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON THE PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT BRIEFING

DATED: June 8, 2022

Respectfully submitted,

*/s/ Tammy A. Tsoumas*
Tammy A. Tsoumas
Matthew Summers
Leonora A. Cohen
*Attorneys for Defendant*

*/s/ Robert W. Finnerty*
Robert W. Finnerty, Esq.
Joseph R. Finnerty, Esq.
*Attorneys for Plaintiffs*

**MEMORANDUM IN SUPPORT OF APPLICATION**

As discussed in the Parties' concurrently filed Motion to Extend the Page Limit for Motion for Summary Judgment Briefing, on June 7, 2022, Defendant The Boeing Company ("Boeing") and Plaintiffs Weintraub Financial Services, Inc. and Sebitna, LLC ("Plaintiffs") met and conferred regarding Boeing's anticipated motion, and agreed that given the length of the record, which extends back approximately 12 years, and legal questions at issue, a reasonable five page extension of the page limit is warranted to give the Court a full presentation of the facts and law applicable to Plaintiffs' Fourth Amended Complaint.

There is good cause for the Court to shorten the time to hear this Motion. Pursuant to Local Rule 6-1 and this Court's Standing Order, the earliest date that the Parties can notice their Motion to Extend the Page Limit for hearing is July 8, 2022. However, in order to comply with the Court's order setting the hearing on any motion for summary judgment for July 22, 2022, (Dkt. 61, 79), Defendant The Boeing Company ("Boeing") intends to file its motion for summary judgment on June 17, 2022; Plaintiffs' opposition will be due July 1, 2022; and Boeing's reply in support of its motion will be due July 8, 2022. Accordingly, the briefing on summary judgment would be complete by the date that the Parties' Motion to Extend the Page Limit would be heard, which would render the Motion meaningless and deny the Parties the opportunity to provide the court with a full presentation of the facts and law applicable to Boeing's Motion and Plaintiffs' Fourth Amended Complaint.

Good cause therefore exists to grant this *ex parte* application to shorten the time for the Joint Motion to be heard to ensure that the Parties have certainty regarding the page limits applicable to the briefing on Boeing's motion for summary judgment before the briefing is due. In addition, good cause exists to grant this *ex parte* application to shorten the time for the Joint Motion to be heard by June 13, 2022, subject to the availability and convenience of the Court, because there is not significant dispute as to

1

*EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON THE PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT BRIEFING

the substance of the Motion, given that both that Motion and this Application are jointly made by the Parties.

Given the need for certainty for the Parties to have the benefit of the Court's ruling on the page limit for briefing on Boeing's Motion for Summary Judgment before that briefing is due, and the lack of any dispute between the parties, the Parties respectfully request that the Court grant their *ex parte* Application and enter the [Proposed] Order submitted with this Application to the Court, and hear the Parties' Joint Motion by June 13, 2022, or as soon as is practicable for the Court.

DATED: June 8, 2022            KIRKLAND & ELLIS LLP

*/s/ Tammy A. Tsoumas*
Tammy A. Tsoumas
Matthew Summers
Leonora A. Cohen
*Attorneys for Defendant*

DATED: June 8, 2022            ABIR COHEN TREYZON SALO LLP

*/s/ Robert W. Finnerty*
Robert W. Finnerty, Esq.
Joseph R. Finnerty, Esq.
*Attorneys for Plaintiffs*

2

*EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON THE PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT BRIEFING

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: June 8, 2022                    Respectfully submitted,

*/s/ Tammy A. Tsoumas*
Tammy A. Tsoumas
Matthew Summers
Leonora A. Cohen
*Attorneys for Defendant*

3

*EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON THE PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT BRIEFING