Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
Matthew Summers (SBN 311324)
matthew.summers@kirkland.com
Leonora A. Cohen (SBN 319463)
lena.cohen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA  90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900

Attorneys for Defendant
The Boeing Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEINTRAUB FINANCIAL SERVICES, INC. and SEBITNA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No.  2:20-cv-3484-FLA-GJS<br><br>Hon. Fernando L. Anelle-Rocha<br>Courtroom:  6B<br><br>**DECLARATION OF LEONORA COHEN IN SUPPORT OF THE PARTIES' JOINT EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON THE PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT** |

I, Leonora Cohen declare as follows:

1. I am an attorney at Kirkland & Ellis LLP and represent Defendant The Boeing Company ("Boeing") in this action. I have personal knowledge of the facts stated in this declaration, and could and would testify competently to the facts if called as a witness.

2. The Parties met and conferred regarding the basis for Boeing's motion for summary judgment on June 7, 2022, and agreed that given the length of the record, which extends back approximately 12 years, and legal questions at issue, a reasonable five page extension of the page limit is warranted to give the Court a full presentation of the facts and law applicable to Boeing's Motion for Summary Judgment and Plaintiffs' Fourth Amended Complaint. The Parties have also agreed to jointly file both a motion to extend the page limits for the motion for summary judgment briefing, as well as the *ex parte* application accompanying this declaration requesting that the Court shorten the time to hear that motion. Accordingly, the *ex parte* application is jointly made and there are not any other additional parties to inform regarding the application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 8, 2022 in Los Angeles, CA.

By: */s/ Leonora Cohen*
       Leonora Cohen

1