| | |
|---|---|
| 1 | Tammy A. Tsoumas (SBN 250487) |
| | tammy.tsoumas@kirkland.com |
| 2 | Matthew Summers (SBN 311324) |
| | matthew.summers@kirkland.com |
| 3 | Leonora A. Cohen (SBN 319463) |
| | lena.cohen@kirkland.com |
| 4 | KIRKLAND & ELLIS LLP |
| | 2049 Century Park East |
| 5 | Los Angeles, CA 90067 |
| | Telephone: (310) 552-4200 |
| 6 | Facsimile: (310) 552-5900 |

*Attorneys for Defendant*
*The Boeing Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WEINTRAUB FINANCIAL SERVICES, INC. and SEBITNA, LLC, | Case No. 2:20-cv-03484-FLA-GJS |
|---|---|
| Plaintiffs, | Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |
| v. | **[PROPOSED] ORDER GRANTING THE PARTIES' *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON THE PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT BRIEFING** |
| THE BOEING COMPANY, | |
| Defendant. | |

1  The Court, having reviewed and considered the Parties' *Ex Parte* Application to
2  Shorten the Time for Hearing on the Parties' Joint Motion to Extend the Page Limit for
3  Motion for Summary Judgment Briefing, and good cause appearing, hereby GRANTS
4  the Parties' Application. The hearing on the Parties' Joint Motion to Extend the Page
5  Limit for Motion for Summary Judgment Briefing is advanced from July 8, 2022 to
6  June 13, 2022.

8      IT IS SO ORDERED.

11    DATED: _____
12                                            Hon. Fernando L. Aenlle-Rocha
13                                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO EXTEND THE PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT BRIEFING